FILED US District Court-UT
JUN 17 '26 AM11:52

MELISSA HOLYOAK, United States Attorney (#9832)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | Count 1: 18 U.S.C. § 1951(a), Interference with Commerce by Robbery; |
| vs. | Count 2: 18 U.S.C. § 922g(8), Possession of a Firearm and Ammunition While Subject to a Protective Order; |
| TAMIM GHULAM SARWAR, | |
| Defendant. | Count 3: 21 U.S.C. § 844(a), Possession of Methamphetamine. |
| | Case: 2:26-cr-00218 Assigned To : Stewart, Ted Assign. Date : 6/16/2026 |

The Grand Jury charges:

### COUNT 1
18 U.S.C. § 1951(a)
(Interference with Commerce by Robbery)

On or about February 27, 2026, in the District of Utah,

**TAMIM GHULAM SARWAR,**

the defendant herein, did obstruct, delay and affect, commerce and the movement of articles and commodities in commerce, by robbery, in that the defendant did unlawfully take merchandise, from an employee, against their will, by actual and threatened force and violence, and fear of injury to their person, that is by brandishing a firearm; all in violation of 18 U.S.C. § 1951(a).

<u>COUNT 2</u>
18 U.S.C. § 922(g)(8)
(Possession of a Firearm and Ammunition While Subject to a Protective Order)

On or about February 27, 2026, in the District of Utah,

**TAMIM GHULAM SARWAR,**

the defendant herein, knowing he was subject to a court order issued after a hearing during which he received actual notice, and at which he had an opportunity to participate, restraining him from attempting, committing, or threatening to commit domestic violence or abuse against an intimate partner, and by its terms explicitly prohibited the use, attempted use, or threatened use of physical force against the partner, did knowingly possess a firearm and ammunition, to wit, a Colt .22 Caliber -M4 Carbine Rifle and associated, and the firearm and ammunition were in and affecting commerce, all in violation of Title 18, United States Code, Sections 922(g)(8).

<u>COUNT 3</u>
(21 U.S.C. § 844(a))
Possession of Methamphetamine

2

On or about February 27, 2026, in the District of Utah,

**TAMIM GHULAM SARWAR**

the defendant herein, did intentionally and knowingly possess a Schedule II, Controlled

Substance, to wit, Methamphetamine; a controlled substance within the meaning of 21

U.S.C. § 812; all in violation of 21 U.S.C. § 844(a).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of

any offense violating 18 U.S.C. § 922(g)(8), or any other criminal law of the United

States, the defendant shall forfeit to the United States of America any firearm or

ammunition involved in, used in, or in the case of a crime of violence intended to be used

in, the commission of the offense, including, but not limited to:

- Colt .22 Caliber -M4 Carbine Rifle, Serial No. BP040947
- Associated Assorted Ammunition

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
United States Attorney

CARLOS A. ESQUEDA
Assistant United States Attorney

3